CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 6 2013

JULIA C. DUDLEY, CLERK
BY: _____
          DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **SONNY B. OWENS,** | ) | **CASE NO. 7:13CV00169** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| **v.** | ) | |
| | ) | |
| **SOUTHWEST VIRGINIA REGIONAL** | ) | |
| **JAIL, ET AL.,** | ) | **By:  Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1),

and this action is stricken from the active docket of the court.

**ENTER:**  This ___ day of May, 2013.

_____
Chief United States District Judge